1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California  95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
JOSE MANUEL HURTADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.S-08-017-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE DATE; EXCLUSION** |
| | ) | **OF TIME** |
| JOSE MANUEL HURTADO, | ) | |
| | ) | Date: March 7, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current status conference set for February 22, 2008 be continued to March 7, 2008 at 9:00 a.m.

This continuance is being requested because the defense has just received the pre-plea presentence report and plea offer for Mr. Hurtado and needs time to discuss them with him, verify criminal history, and discuss the case with the prosecutor.

Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through March 7, 2008, should

1 be excluded in computing the time within which trial must commence
2 under the Speedy Trial Act, pursuant to Title 18 U.S.C.
3 § 3161(h)(8)(B)(iv) and Local Code T4 (preparation of counsel).
4 DATED:  February 21, 2008                Respectfully submitted,
5                                          DANIEL J. BRODERICK
                                           Federal Defender
6
7                                          /s/ RACHELLE BARBOUR
                                           RACHELLE BARBOUR
8                                          Assistant Federal Defender
9
  DATED: February 21, 2008                 McGREGOR SCOTT
10                                         United States Attorney
11
                                           /s/ RACHELLE BARBOUR for
12                                         KYLE REARDON
                                           Assistant U.S. Attorney
13                                         Attorney for Plaintiff
14
15                       **O R D E R**
16     **IT IS SO ORDERED.**  Time is excluded in the interests of justice
17 pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
18 Code T4.
19 Dated:  February 22, 2008
20
21                                _____
                                  GARLAND E. BURRELL, JR.
22                                United States District Judge

2