UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                       )<br>                          Plaintiff,       )<br> v.                                                  )<br>                                                       )<br> Jose Manuel Hurtado,                   )<br>                                                       )<br>                          Defendant.   ) | Case No. 2:08-cr-17 GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jose Manuel Hurtado  Case 2:08-cr-17 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_   Release on Personal Recognizance

    \_   Bail Posted in the Sum of _____

    \_   Unsecured bond in the amount of 50,000, co-signed by defendant's wife.

    \_   Appearance Bond with 10% Deposit

    \_   Appearance Bond secured by Real Property

    \_   Corporate Surety Bail Bond

    X   (Other) Defendant sentenced to time served, *term concluded.*

Issued at Sacramento, CA  on 2/29/08    at  3:40 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge